## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SUYUN GU and YONG LEE,<br><br>Defendants. | Civil Action No. 2:21-cv-17578-SDW-AME<br><br><br><br>**NOTICE OF APPEAL** |

TO:  ALL COUNSEL OF RECORD

You are hereby notified that pursuant to Federal Rule of Appellate Procedure 3(a)-(c), defendant Suyun Gu hereby appeals to the United States Court of Appeals for the Third Circuit from the grant of summary judgment [ECF#84-85] and final judgment [ECF#96] entered by the United States District Court for the District of New Jersey in this matter.

/s/Edward A. Velky
Frank J. Cuccio
Edward A. Velky
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
fcuccio@bressler.com
evelky@bressler.com

Admitted Pro Have Vice:

*/s/ Daniel Hildebrand*
Bruce Lewitas, Esq.
Daniel Hildebrand, Esq.
Lewitas Hyman, PC
77 West Wacker Drive Suite 4500
Chicago, IL 60601
(312) 291-4604
blewitas@securitieslaw.com

Dated:  September 4, 2025        *Attorneys for defendant Suyun Gu*